# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0310
_____

IMPACT RTO FLORIDA, LLC d/b/a
RENT-A-CENTER,

   Appellant,

   v.

COREEN FRAZIER,

   Appellee.

_____

On appeal from the Circuit Court for Levy County.
Craig C. DeThomasis, Judge.

July 16, 2024

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Sarah Lahlou-Amine and Garrett M. Brown of Banker Lopez Gassler P.A., Tampa, for Appellant.

Brandon K. Breslow, Kristin A. Norse, and Katherine Earle Yanes of Kynes, Markman & Felman, P.A., Tampa, for Appellee.